TRULINCS 59198004 - VEGA, ROMAN VLADIMIR - Unit: BRO-C-A

---

FROM: 59198004
TO:
SUBJECT: Letter to Disciplinary Comm. 4/28/11
DATE: 4/28/2011 8:22:40 PM

April 28, 2011

Attorney Grievance Panel
Clerk of the Court
United States Court of Appeals
40 Foley Square
New York, NY 10008

and:

Attorney Grievance Panel
Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

and:

Jorge Dopico, Esq
First Department Disciplinary Committee
61 Broadway
New York, N.Y. 10006

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAY - 2 2011 ★
BROOKLYN OFFICE

LETTER OF COMPLAINT AGAINST: Matthew E. Fishbein, Esq

Dear Grievance Panel Officers,

    I am writing to file a complaint against Matthew E. Fishbein, Esq, of the law firm, Debevoise and Plimpton, 919 Third Avenue, New York, N.Y. 10022. Counsel Fishbein was appointed to the matter of United States v. Roman Vega which is a criminal case, wherein I am a defendant in the U.S. District Court, Brooklyn, N.Y. Hon. Allyne Ross, USDCJ.

    I have repeatedly written to counsel Fishbein and he has ignored all of my letters. Other than one brief interview in the Brooklyn Federal Courthouse, counsel Fishbein has not communicated with me. This case is set for sentencing in the near term and counsel Fishbein has an ethical obligation to communicate with the undersigned regarding the complex pre-sentence report in this matter.

    I have been awaiting sentencing for almost "EIGHT (8) YEARS" (emphasis added).

    Counsel Fishbein was sent an email communication link and has refused to activate it. This case has other companion matters in other districts and the sentence stage is critical as the plea in this matter is highly questionable due to ineffective assistance of my previous counsel Federal Public Defender, Michael Padden, Esq. I am of the opinion that a highly complex, international case, which is multi-jurisdictional in nature, requires much more than one hour conference in a jail lockup.

Case 1:07-cr-00707-ARR   Document 42   Filed 05/02/11   Page 2 of 2

RULINCS 59198004 - VEGA, ROMAN VLADIMIR - Unit: BRO-C-A
----------------------------------------------------------------------------------

r. Fishbein needs to be reminded of his ethical responsibilities to his client, and of the fact that failure to comport his practice in an ethical fashion, may lead to his removal from the practice of law for ethical violations.

Please instruct Counsel Fishbein on the ethics of his practice and compel him to take the required steps necessary to protect his clients interest, or in the alternative instruct counsel Fishbein to withdraw via motion.

I look forward to a response at your earliest convenience as "TIME IS OF THE ESSENCE" (emphasis added).

Very truly yours

Roman Vega
Reg No: 59198-004
Metropolitan Detention Center Brooklyn
Box 329002
Brooklyn, N.Y.  11232