```
TRULINCS 59198004 - VEGA, ROMAN VLADIMIR - Unit: BRO-C-A
-------------------------------------------------------------------------------

FROM: 59198004
TO:
SUBJECT: Letter to Mr. Fishbein 04/30/11
DATE: 4/30/2011 7:40:24 PM
```

April 30, 2011

Matthew E. Fishbein, Esq
Attorney at Law
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

```
                                            FILED
                                         IN CLERK'S OFFICE
                                    U.S. DISTRICT COURT E.D.N.Y.

                                         ★  MAY - 3 2011  ★

                                         BROOKLYN OFFICE
```

Re: U.S.A. v. Roman Vega          Docket # CR 07-707 (ARR)

Dear Counsel Fishbein:

    I am in receipt of your letter dated April 25, 2011 (which was handed to me on April 29, 2011 at 01:15 pm), wherein you claim not to have received my activation e-mail. I thank you for bringing a bit of levity into my day. Perhaps if you were to familiarize yourself with the case you would see the government alleges I am a computer programming impresario.

    I enclosed the CORRLINKS/TRULINKS printouts that shows with no doubt that your e-mail was registered in CORRLINKS/TRULINKS B.O.P. system which fact, due to the nature of the functionality of the abovementioned system, resulted, automatically, in the activation of an e-mail request being sent to your account mefishbein@debevoise.com. It was done twice: on 04/14/11 & on 04/25/11. As you know CORRLINKS/TRULINCS documents are DOJ property and thus admissible as exhibit(s) in a dispute. Further, tracing the path to your email is so simple Helen Keller could do it. If you insist on this disingenuous course of action with the court, I shall seek sanctions. Friend or no friend, Judge Ross will be forced to take issue with you, regarding any mendacity you wish to bring forward in her court, that is later proven to be untrue. You have my word I will prove it.
    Nice try counselor.

Best regards,

Roman Vega
#59198-004
MDC Brooklyn
P.O.Box 329002
Brooklyn, NY 11232


    Attached:
1) A verbatim copy of your letter dated 04/25/11
2) A print-out from my CORRLINKS/TRULINCS Personal Inmate Information records (printed out on 04/22/11) with your e-mail address registered on 04/14/11.
3) A print-out from my CORRLINKS/TRULINCS Personal Inmate Information records (printed out on 04/30/11) with your e-mail address registered second time on 04/25/11.
4) A copy of my letter dated 04/20/11.

=======================================
cc: Hon. Allyne Ross
    United States District Court Judge
    Eastern District of New York
    225 Cadman Plaza, East
    Brooklyn, N.Y. 11201

TRULINCS 59198004 - VEGA, ROMAN VLADIMIR - Unit: BRO-C-A
--------------------------------------------------------------------------------

FROM: 59198004
TO:
SUBJECT: Copy of M. Fishbein's letter dated 04/25/11
DATE: 4/30/2011 12:09:50 PM

VERBATIM COPY
========================================================================

        DEBEVOISE & PLIMPTON LLP

                                        919 Third Avenue
                                        New York, NY 10022
                                        Tel 212 909 6000
                                        Fax 212 909 6836

April 25, 2011


Roman Vega
# 59198-004
MDC Brooklyn
P.O.Box 329002
Brooklyn, NY 11232

Dear Mr. Vega:

    I received your later [sic.] dated April 20, 2011 regarding your attempt to contact me through the CORRLINKS/TRULINCS system. Unfortunately, I never received any email communications from you and was unaware, until today, that you had been trying to reach me.

    I asked an associate to contact the MDC this morning. We were told to advise you either to try sending your email again or, if that fails, to contact the IT administrator at the MDC to see if there is something wrong with your account.

    I look forward to assisting you with your case and sincerely regret any misunderstandings that may arisen due to this technical glitch.

                                      Best regards, [SIGNATURE]

                                      Matthew E. Fishbein

cc:  Hon. Allyne Ross
     United States District Court, Eastern District of New York
     225 Cadman Plaza East
     Brooklyn, NY 11201

Federal Bureau of Prisons
TRULINCS Contact List
Personal Inmate Information

Inmate No: 59198004 | Inmate Name: VEGA, ROMAN VLADIMIR

| Contact Name | Email Address 1 | Email Address 2 | Phone 1 | Phone 2 | Address 1 | Address 2 |
|---|---|---|---|---|---|---|
| Abdi, Noureddine | | | 01138042758630 | | Konigsalle 106 Dusseldorf, 40215 Germany | |
| Agabekov, Valery | ua6hz@msn.com | | | | Chkalova 70 Essentuki, Russian Federation | |
| Balboa, Inaki | | | 011349133868 34 | | Apartado de Correos, 15 Madrid, 28080 Spain | |
| Bao, Shao | | | 0113227759800 | | Boulevard de la Woluwe 56 Brussels, B-1200 Belgium | |
| Bibi, Yasmin | ynotsky@mail.ru | | 0116793309866 | | General delivery Suva, Fiji | |
| Brucaj, Arsim | | | 0113809721152 94 | 0113803223781 80 | Mother Teresa Boulevard Prishtina, 10 000 Kosovo | |
| Chuistov, Boris | uu5jk@mail.ru | | | | P.O.Box 320 Yalta, Ukraine | |
| Chung, Dennis | | | 415-710-9294 | | 100 SW 102ND TER MIAMI, FL 33176 United States | |
| Estrada, Angel | | | 0115491150015 286 | | Estancia Los Patos, Argentina | |
| Fishbein, Matthew | mefishbein@debevoise.com | | 212-909-6077 | | 919 3RD AVE NEW YORK, NY 10022 United States | |
| Gagarin, Alex | alexverb22@gmail.com | | 01179036126919 | 718-934-9286 | Twerskaya Moscow, Russian Federation | |

Date: 04/30/2011
Time: 6:28:48 pm
Location: BRO

## Federal Bureau of Prisons
## TRULINCS Contact List
## Personal Inmate Information

| Inmate No: 59198004 | Inmate Name: VEGA, ROMAN VLADIMIR | | | | | |
|---|---|---|---|---|---|---|
| Contact Name | Email Address 1 | Email Address 2 | Phone 1 | Phone 2 | Address 1 | Address 2 |
| Abdi, Noureddine | | | 011380442758630 | | Konigsalle 106<br>Dusseldorf, 40215<br>Germany | |
| Agabekov, Valery | ua6hz@msn.com | | | | Chkalova 70<br>Essentuki,<br>Russian Federation | |
| Balboa, Inaki | | | 0113491338683 4 | | Apartado de Correos, 15<br>Madrid, 28080<br>Spain | |
| Bao, Shao | | | 011322775 9800 | | Boulevard de la Woluwe 56<br>Brussels,  B-1200<br>Belgium | |
| Bibi, Yasmin | ynotsky@mail.ru | | 0116793309866 | | General delivery<br>Suva,<br>Fiji | |
| Brucaj, Arsim | | | 011380972115294 | 01138032237 8180 | Mother Teresa Boulevard<br>Prishtina,  10 000<br>Kosovo | |
| Chuistov, Boris | uu5jk@mail.ru | | | | P.O.Box 320<br>Yalta,<br>Ukraine | |
| Chung, Dennis | | | 415-710-9294 | | 100 SW 102ND TER<br>MIAMI, FL 33176<br>United States | |
| Estrada, Angel | | | 0115491150015 286 | | Estancia<br>Los Patos,<br>Argentina | |
| Fishbein, Matthew | mefishbein@debevoise.com | | 212-909-6077 | | 919 3RD AVE<br>Debevoise & Plimpton LLP<br>NEW YORK, NY 10022<br>United States | |

FROM: 59198004
TO:
SUBJECT: Letter 04/20/11 to Counsel Fishbein and Judge Ross
DATE: 4/20/2011 8:17:48 PM

April 20, 2011

Matthew E. Fishbein
Attorney at Law
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

and:

Hon. Allyne Ross
CHAMBERS
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Counsel Fishbein and Judge Ross:

During the status hearing on April 12, 2011, I stated to Judge Ross, that I would not have an objection to a C.J.A. stand-by counsel as long as the counsel agrees to communicate with me, via surface mail, and through CORRLINKS/TRULINCS e-mail system which is established in Metropolitan Detention Center Brooklyn where I'm warehoused.

When I met with counsel Fishbein at the courthouse on April 12, 2011, I informed counsel that it would be my pleasure to accept him as stand-by C.J.A. lawyer under the same conditions as set forth supra. Counsel Fishbein had no objection to my request.

Unfortunately, my CORRLINKS/TRULINCS request sent to counsel Fishbein at mefishbein@debevoise.com has been waiting unactivated since 04/14/11 10:06 EST.

I would appreciate the court taking notice of these facts. The same dilatory tactics that have led to eight years (8) of torture by previous counsel are continued by counsel Fishbein.

If counsel Fishbein will not communicate on or before 4/25/11 I will fire him and demand new C.J.A. Counsel so I may be able to move my motion to withdraw the guilty plea. I note I have never seen my P.S.R.

I would appreciate a response forthwith. If these issues are not settled by May 1, 2011 I will file mandamus in the U.S. Court of Appeals for the Second Circuit, and communicate counsel Fishbein's ethical lapse to the First Department Disciplinary Committee.

Very truly yours,


Roman Vega
# 59198-004
MDC Brooklyn
P.O.Box 329002
Brooklyn, NY 11232