```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                  NOTICE OF APPEARANCE

     - against -                          Cr. No. 07 - 707 (ARR)

ROMAN VEGA,
     also known as "Boa,"
     "Roman Stepanenko,"
     "Randy Riolta" and
      ICQ User No. 107711,

          Defendant.

- - - - - - - - - - - - - - - - - - X
```

PLEASE TAKE NOTICE that Thomas A. Dukes, Jr., Trial Attorney for the United States Department of Justice admitted to practice in the Commonwealth of Virginia, hereby enters his appearance in the above-captioned matter on behalf of the United States of America.  The Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to the email address set forth below.

Dated: May 12, 2011

                              Respectfully submitted,

                              /s/ Thomas A. Dukes, Jr.
                              THOMAS A. DUKES, JR.
                              Trial Attorney
                              U.S. Department of Justice
                              Criminal Division
                              Computer Crime and Intellectual
                              Property Section
                              1301 New York Avenue, NW, Suite 600
                              Washington, DC  20005
                              Telephone: (202) 307-9945
                              Fax: (202) 514-6113
                              Email: thomas.dukes@usdoj.gov

cc:  Clerk of the Court (via ECF)

Counsel (via ECF)

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2011, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court using the ECF system.  Notice of this filing will be sent by e-mail to all counsel of record by operation of ECF.

/s/ Thomas A. Dukes, Jr.
THOMAS A. DUKES, JR.
Trial Attorney
U.S. Department of Justice
Criminal Division
Computer Crime and Intellectual Property Section
1301 New York Avenue, NW, Suite 600
Washington, DC  20005
Telephone: (202) 307-9945
Fax: (202) 514-6113
Email: thomas.dukes@usdoj.gov