DATE: 5/16/2011 11:01:41 PM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 20 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X

UNITED STATES OF AMERICA,
                         Plaintiff,

vs.                                       DOCKET No: 07-CR-707 (ARR)

ROMAN   VEGA
                        Defendant.
-----------------------------------------------X

## MOTION TO RESCHEDULE MAY 19, 2011 STATUS CONFERENCE HEARING
## DUE TO INJURY, PAIN and SUFFERING and DELIBERATE INDIFFERENCE

    COMES NOW THE DEFENDANT, Roman Vega, appearing pro-se, and in support of his motion to reschedule the May 19, 2011 status conference hearing hereby states as follows:

    1. The defendant is in intense pain in his jaw and head due to the Federal Bureau of Prisons deliberate indifference to the defendant's health/dental issues.

    2. When trying to chew, the pain in the defendant's jaw and mouth is so intense as to cause tears, so the defendant cannot think or function in a normal fashion.

    3. The defendant maintains that the court has acted with deliberate disregard to the suffering of the defendant, as the defendant has notified the court of the dental suffering and the court has done nothing. [Exhibit A: MOTION FOR EMERGENT DENTAL CARE BY PRE-TRIAL U.S. MARSHALS PRISONER (dated 3/27/11)]. [Exhibit A is only on court copy due to inability to duplicate.]

    4. The court is well aware that the court cannot accept a plea of guilty from a person who is incapacitated. The defendant has been taking borrowed pain medication since the suffering began. At the time the plea was entered the defendant *suffered from severe debilitating pain*, coupled with inability [at the time] to fully understand English, renders the plea unknowing and involuntary, in violation of the Due Process clause, of the Fifth Amendment to the United States Constitution. The court accepted plea that was induced by deliberate disregard to the defendants suffering, lasting years of the pre-trial incarceration, amounting to a plea while undergoing treatment bordering with deliberate torture, in violation of the "Cruel and Unusual Punishment" (emphasis added) provision of the Eight Amendment to the United States Constitution.

    5. The defendant can no longer participate in any proceedings until the dental issue is addressed as he cannot concentrate due to the pain and inability to chew properly.

    6. The defendant has in his possession numerous documents regarding these health/dental problems wherein the defendant requested treatment from the Federal Bureau of Prisons on August 29, 2007 [Exhibit B]; August 30, 2007 [Exhibit C]; September 3, 2007 [Exhibit D]; April 7, 2009; May 7, 2009; November 7, 2010. The defendant has a letter dated September 17, 2007, from the Federal Public Defender Elizabeth Falk (Northern California FD) to Michael McCloud, Supervising United States Marshal requesting treatment [Exhibit E]. The Marshals did nothing. It should be noted the defendant is a pre-trial inmate (and pre-plea) at the time and the B.O.P., Marshals and the court turned a deaf ear to the problems.

       7. The defendant has attached two missing, no more functional teeth bridges to the court copy of this motion as an Exhibit F. [Exhibit F is only on the court copy due to inability to duplicate the teeth bridges]. The defendant has disinfected the teeth with B.O.P. approved disinfectant, and sealed the teeth in a plastic envelope to prevent the transmission of any possible germs to any third party handling the teeth. [NOTICE: The teeth should be left in the container and not removed from same.]

       8. The defendant respectfully prays the court reschedule the May 19, 2011 hearing to a date in the future which is "AFTER" the replacement with implants the defendant's missing teeth and reduction of the associated disabling pain.

       WHEREFORE the defendant prays entry of an ORDER granting the relief requested herein.

Dated this 16th Day of May, 2011.

Respectfully submitted;

By:_____
   Roman N. Vega, Pro-se.
   Reg # 59198-004
   MDC Brooklyn
   P.O. Box 329002
   Brooklyn, N.Y. 11232

## PROOF OF SERVICE

The undersigned hereby avers under the penalty of perjury that he caused to be mailed to those interested parties named infra a copy of the foregoing after having first affixed sufficient first class postage pre-paid and placing same in the Mail Box for legal mail in unit 4 North, Metropolitan Detention Center Brooklyn, pursuant to the Mail Box Rule.

Clerk of The Court
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Allyne Ross
CHAMBERS
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

William P. Campos, Esq.
Assistant United States Attorney
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Matthew E. Fishbein, Esq.
Attorney at Law
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Dated this 16 day of May, 2011

By:_____
   Roman Vega

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mr. R. Cespedes, P.A. | DATE: August 29, 2007 |
| FROM: Roman Vega | REGISTER NO.: 59198-004 |
| WORK ASSIGNMENT: Law library clerk | UNIT: J2/FDC |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Dear Sir,

In addition to the earlier report which you completed after my ~~return from court~~, yesterday 8-28-2007, regarding my passing out and consequent injuries - on the way to court with U.S. Marshals, ~~I need to include into the mentioned report my concern about possible fracture to the left ORBITAL BONE.~~

So an evaluation by an ~~optometrist~~ OPHTHALMOLOGIST would be necessary, I deem. ~~At least that for a beginning My left eye vision is blurry and I feel a pressure inside the eye socket.~~

Looking for your assistance in this matter.

Thank you, [signature]

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94


Printed on Recycled Paper

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mr. R. Cespedes, Health Service | DATE: 08-30-2007 |
|---|---|
| FROM: Roman Vega | REGISTER NO.: 59198-004 |
| WORK ASSIGNMENT: Law library clerk | UNIT: J2-FDC |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

**Dear Sir,**

To follow up our conversations regarding the injury report you completed on 08-28-2007 I would be grateful if you could contact U.S. Marshal Office and let them know that I need MRI examination A.S.A.P. (actually they know about that, and I was told that they are ready to pick me up for that reason as soon as your department will contact them).

There is a very high possibility that I may have the serious brain or head internal bleeding or other injuries as a result of the impact described in details in the mentioned report, so MRI would be extremely necessary.

Thank you for your attention.

(Do not write below this line)

DISPOSITION:

Signature Staff Member           Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                   FEDERAL BUREAU OF PRISONS

EXHIBIT D

| TO: (Name and Title of Staff Member) Mr. R. Cespedes, P.A., Health Service | DATE: September 3, 2007 |
|---|---|
| FROM: Roman Vega | REGISTER NO.: 59198-004 |
| WORK ASSIGNMENT: Law library clerk | UNIT: J2/FDC Dublin |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Dear Sir,

In addition to my two previous cop-outs on the matter (dated 08/29/07 & 08/30/07) regarding a necessity of the MRI & the overall head/eye examination of the injuries I have had as a result of the incident happened at 08/28/07, by this additional cop-out I have to inform you that the situation may be even worse that I thought before.

An elementary palpation reveals something that feels like a long disturbing fissure on the left side of my cranium. Together with a few abiding bothering symptoms this is definitely not a good sign.

I am insisting in the prompt and adequate hospital examination without any more delays and procrastination which could serve only to the further possible detriment of my health if not worse.      Thank you,

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

BARRY J. PORTMAN
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

September 17, 2007

<u>Via Hand Delivery</u>

Mr. Michael McCloud
Supervising United States Marshal
United States Marshal Service
  for the Northern District of California
450 Golden Gate Avenue, 20th Floor
San Francisco, California 94102

     Re:    *United States v. Roman Vega*
              CR-04-101 CRB

Dear Mr. McCloud:

     I write regarding Mr. Roman Vega. He recently suffered some head trauma en route to the Federal Building for court. The Marshal Service is aware that he had problems while here for Court on August 28, 2007. His requests to be seen by a doctor following this trauma have not yet been honored by Dublin FDC.

     I write to ask your assistance in this matter. I am hopeful you can arrange to transport Mr. Vega to a doctor or a hospital so he can be seen by a specialist. Thank you in advance for your assistance. I can be reached at 415-436-7719.

                                        Respectfully yours,

                                        BARRY J. PORTMAN
                                        Federal Public Defender

                                        ELIZABETH M. FALK
                                        Assistant Federal Public Defender

EXHIBIT E

BP-A148.055
SEP 98
**INMATE REQUEST TO STAFF**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Medical Department: DENTIST | DATE: May 17, 2009 |
|---|---|
| FROM: Roman Vega | REGISTER NO.: 59198-004 |
| WORK ASSIGNMENT: n/a | UNIT: 3 South |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Sir,

~~Over a month ago, at April 7, 2009 I submitted a cop-out on same matter,~~ but, unfortunatelly, I still don't have any answer from you; so this is my second request.

~~I have been in custody of B.O.P. from 2004, without possibility to~~ access to decent dental care, so my two dental bridges have been loosened and failing out frequently. Which fact makes the chewing process next to impossible, and, ~~consequently, it affects negatively on my health, as you understand.~~

Evidently, some bridges' adjustment would be extremely necessary, or even a drop of glue could save the situation without any laboured efforts.

I would be glad if you could do me a proper service on the matter, so far as I am still in the B.O.P. custody and don't have a choice with medical care, but B.O.P.'s.

Thanks,

(Do not write below this line)

P.S. I' am saving a copy of this cop-out for further references.
DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

**SECTION 6**

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

BP-A148.055
SEP 98

REQUEST TO

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU

| TO: (Name and Title of Staff Member) Medical Department: DENTIST | DATE: 04/07/2009 |
|---|---|
| FROM: Roman Vega | REGISTER NO.: 59198-004 |
| WORK ASSIGNMENT: n/a | UNIT: 3 South |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Sir,

I would be grateful if you could fix a dental bridge, which has been loosened and falling out frequently, so some adjustment would be extremely neccessary.

Thank you,

(Do not write below this line)

DISPOSITION:

Signature Staff Member            Date

Record Copy - File
(This form may be replicated via WP)

This form replaces BP-148.070 Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6