WPC
F. #2007R00950

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 28 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

ROMAN VEGA,
   also known as "Boa,"
   "Roman Stepanenko,"
   "Randy Riolta" and
   ICQ User No. 107711,

       Defendant.

- - - - - - - - - - - - - - - - X

APPLICATION FOR
UNSEALING
OF TRANSCRIPT

07 CR 707 (ARR)

      LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney William P. Campos, makes this application to the Court to unseal the defendant's guilty plea hearing transcript so it may be used in addressing the defendant's motion to withdraw his guilty plea.

      In support of this application, applicant states the following:

      1.    On January 26, 2009, the defendant pleaded guilty, before this Court and pursuant to an agreement with the government, to both counts of the Indictment charging Conspiracy to Commit Access Device Fraud, in violation of 18 U.S.C. § 1029(b)(2), and Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h).

2

2. The defendant now seeks to withdraw his previously entered guilty plea. The defendant's motion to withdraw his guilty plea is currently due on Friday, July 29, 2011.

3. The government previously moved for a limited unsealing of the transcript so that the defense and government could obtain a copy of the January 26, 2009 plea hearing transcript. The Court granted that application for limited unsealing.

4. The defendant has not withdrawn his motion. Consequently, the government intends to respond to motion and moves to unseal the January 26, 2009 plea hearing transcript for use in its response to the defendant's motion to withdraw his plea.

WHEREFORE, based on the foregoing, the government respectfully requests that this Court enter an order unsealing the transcript of the defendant's January 26, 2009 guilty plea hearing so both parties may use it.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: _____
William E. Campos
Assistant U.S. Attorney
(718) 254-6104