WPC
F. #2007R00950

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ROMAN VEGA,
    also known as "Boa,"
    "Roman Stepanenko,"
    "Randy Riolta" and
    ICQ User No. 107711,

        Defendant.

- - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 28 2011 ★
BROOKLYN OFFICE

UNSEALING ORDER

07-707 (ARR)

      Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney William P. Campos, for an order unsealing the transcript of the defendant's guilty plea hearing held on January 26, 2009, in the above-captioned matter;

      WHEREFORE, it is ordered that the transcript of the defendant's guilty plea hearing held on January 26, 2009, in the above-captioned matter shall be unsealed.

Dated:    Brooklyn, New York
          October 27, 2011

                              /s/(ARR)
                          UNITED STATES DISTRICT JUDGE
                          EASTERN DISTRICT OF NEW YORK