UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

    -against-

ROMAN VEGA,

            Defendants.

-------------------------------------------------------------- X

07-CR-707 (ARR)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the government's response in opposition to defendant's motion to withdraw his guilty plea. Defendant shall file a reply, if any, no later than December 2, 2011. If defendant does not file a reply by December 2, 2011, the court will consider the motion based on the papers currently before it.

SO ORDERED.

                                                                /S/

                                                   Allyne R. Ross
                                                 United States District Judge

Dated:        November 21, 2011
               Brooklyn, New York

SERVICE LIST:

**Defendant:**

Roman Vega, Reg. No. 59198-004
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232