UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,  :   07-CR-707 (ARR)
:
   -against-  :   <u>NOT FOR ELECTRONIC</u>
:   <u>OR PRINT PUBLICATION</u>
ROMAN VEGA,  :
:   <u>ORDER</u>
             Defendant.  :
:
-------------------------------------------------------------------- :
:
X

ROSS, United States District Judge:

      The court's order, dated November 17, 2011 (Dkt. No. 75) is hereby vacated. The government is directed to provide the court with a certified translation of defendant's Consent Affidavit dated May 7, 2004, attached as Exhibit 1 to the government's memorandum of law in opposition to defendant's motion to withdraw his plea of guilty, no later than December 5, 2011.

SO ORDERED.

                                                        _____/s/_____
                                                        Allyne R. Ross
                                                        United States District Judge

Dated:       November 28, 2011
                Brooklyn, New York