```
Data Source: CarderPlanet 2003-11-09
Poster: script
Poster ip: 00000000
Date: 2003-07-16 18:05:23.0
Forum: Forum discussion.
Topic: Carderplanet structure. Full members list.
Post Subject: Carderplanet structure. Full members list.
```

Beginning from year 1990, first carder activity conspicuity in countries of former Soviet Union, at the time when CD orders even went with using of generated card numbers, when shops send anything to all of parts of former Soviet Union, that's exactly when a tremendous up growth of carding began. First types of fraud started to be clear for companies in 19(91-92) year. In those times there were few people who had knowledge, however that's the time when crews of carders organized. In year 19(94-95) teams of hackers shared the credit card numbers they got from hacked servers. In those years America began to understand the money flow-out and started to ban forum Soviet Union countries. In year 1997 our family man and his relatives made some interesting operations and serious attacks within the USA. Information about this matter appear in the news media and teen agers start to finick in, organize new groups and card everything possible to get: "socks, glass toys, wine, chocolate". Some Kiev's fellows kept on fucking the same store for 2 years and got flowers from it's regional branches. Hungry Minsk guys, fucking up everything they can ordering 100-200 items of goods, buying apartments to store, and beginning to be a great competitor for local stores who sell hardware. In that same year government in countries, Moscow, Minsk start operation "Clean hands" and put everybody they could in jail, customs workers, carders, some of them were able to get away. That's the years when word "carder" formed - person who does unlawful activity with credit cards, exactly these path-brakers cooked-up this battle-cry, turned to be self calling word.

Structure
Pretty soon, carders mafia is not only growing, but even start worldwide communication. The prosecutor's words of Minsk city proves the large scale of operation made by carders, "Do you even imagine how much goods and hardware is coming to our town?"

At the same time the hierarchy of carders mafia is being formed, and to mention that completely different than american hierarchy. The most smallest cell - "family", which means group of close-knit people, who should help each other in case there is something happens with one of relatives. The head of the "family" - God father. There is a person between all other members titled as "Don" was called uncle. Members united in more bigger community by geographical principe and formed divided from the family.

All Capo di Capi and Don's are the part of royal society which is the same one structure family.

Law
By developing the structure, carders made some specific kind of laws - honour lawbook, which should be followed by everyone who had the title of "Capo di Capi". Honour lawbook is 5 general rules.

1. Defectors - scumfuckers. Once entering the circle stay in it, or keep yourself in the shadow.
2. Insulter of the family members, insults the whole royal society. He'll be revenged.
3. Justicing is being committed by the family and close-up members.
4. Everyone should venerate and respect ranking members.
5. Giving out names of members to pigs is highly retributive.

Ranks below are shown in the order of title and power. Always remember that the person above you IS ALWAYS RIGHT. Please respect the ranks.

**Godfather** - its Godfather ( The headchief of Carderplanet )
**Don** - family member.
**Capo Bastone** - Godfather's deputy, his right hand
**Gabellotto** - arbiter judge. The head of security service.
**Contabile (Consigliere)** - a Family key issues advisor.
**Capo Di Capi** - member of CP, on who's mission is to defend and help others
**Giovane d'Honore: aka: AIDMAN** - person who has the moderator's powers, delets topics and clean forums.
**Capo** - promising people, to whom the administration tent, people not taking any part of the forum
**Official CP Reviewer**: people who have permission to do rewiev for vendors.
**Reviewed vendor**: a registered user whose vending abilities has been checked by an official CP reviewers and who was allowed to vend. Reviewed vendor is not nesessarily a member of CP.
**Sgarrista** - registered user (who is to respect all users especially those above him in ranks)
**Unresolved Vendor** - user who previously had title of Reviewed Vendor but lost it because of low quality service. When this title is assigned user is given 14 days to resolve all disputes with his customers. If after 14 days problems remain

then title of Ripper is assigned to this user.
**Scum of Society** - Guaranteed title for those who insult moderators or members.
**Woodpecker** - this is given to users who post their topic in multiple forums simultaniously, or post obviously stupid questions, or whos behaviour is generaly dumb and annoying.
**Ripper** - Ripper who has been proved to have scammed other CP members. Rippers will be pursued and if found punished.

### Don:
--
RyDen
EXCHANGER
Pan Kohones
vvc3
Boa

### Capo Bastone
King_Arthur

### Contabile
Talisman

### Consigliere:
admin
RioRita

### Gabellotto:
*Hash*
stran

### Capo di Capi:
Alien
dark
Netted
Developer
DIMM
Liratto
amps
zeno
JohnnyZ
Michail
jungi
dp32
Garrett
Pav01

Smart
Leviafan
Gabrik
ASAD
helicopter
OLEG
cret27
cyberfon

Capo:
RaideR
G0n0rar
qip
Koschey
Severa
andy
johndoe
velsewool
BONO
MayDay
FRANKLIN
Diesel
warez_doe
omarhayyam
voodoo
Neverhood
gorgeous George
Borman

Sc admin
deck
Onthefringe
BlackOps

Giovane d'Honore
monk
theraider
NS
Diesel

Official CP Reviewer
FraMd323
greywolf
~mubin~
NightKrawler
ShadyCrazy1
pvthc
King_Arthur
Talisman
gorgeous George

**VERIFIED BY VISA.:**
ctroy
akihikotobe
Scarface

**REVIEWED VENDOR:**
Kumarich
kyndo
KEVLAR
cam
iceroot
jilsi
enkrypt
thecoolcat
tom333a
primesuspect
brynster1
subigo
synthetik
DMS
exCFO
lunius
joe
thecoolMR
Jet
wilfredwaterloo
FLEX
/dev/null
CardingKing
knight rider
G0D
PHaRTnONu